467 P.2d 997

**William J. SHEFF, Petitioner,**

v.

**The STATE of New Mexico, Morris Stagner et al., Respondents.**

**No. 9030.**

Supreme Court of New Mexico.

April 9, 1970.

**PER CURIAM:**

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus and/or prohibition be and the same is hereby denied.

467 P.2d 997

**RUIDOSO STATE BANK, Petitioner,**

v.

**RUIDOSO JOCKEY CLUB, INC. et al., Defendants.**

**No. 9041.**

Supreme Court of New Mexico.

April 24, 1970.

ORDER

Now upon motion of the petitioner, and the Court being fully advised in the premises, it is

Ordered that this Court's alternative writ of prohibition issued herein on April 17, 1970, be, and the same hereby is discharged.

Further Ordered that these proceedings be, and the same hereby are, dismissed.

467 P.2d 997

**June MARTINEZ, Petitioner-Appellee,**

v.

**SEARS, ROEBUCK AND CO., and Tony Trujillo, Respondents-Appellants.**

**No. 9038.**

Supreme Court of New Mexico.

April 14, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 379, 81 N.M. 371, 467 P.2d 37 be and the same is hereby returned to the Clerk of the Court of Appeals.

467 P.2d 997

**The STATE of New Mexico ex rel. OIL TOOL MANUFACTURING COMPANY, Inc., Petitioner,**

v.

**The Honorable Robert W. REIDY as The District Court of the Second Judicial District, and David W. King, as its Receiver, Respondents.**

**No. 9035.**

Supreme Court of New Mexico.

April 28, 1970.

Ordered that the writ of prohibition heretofore issued herein on April 2, 1970, be and the same is hereby quashed as having been improvidently issued.